STATE v. MURPHY

No. 133P92

Case below: 105 N.C.App. 716

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992. Amended petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

STATE v. QUARG

No. 164P92

Case below: 106 N.C.App. 106

Petition by Attorney General for temporary stay allowed 8 May 1992 pending consideration and determination of his petition for discretionary review.

STATE v. YOUNG

No. 142P92

Case below: 105 N.C.App. 619

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

WILSON FORD TRACTOR v. MASSEY-FERGUSON, INC.

No. 144PA92

Case below: 105 N.C.App. 570

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 May 1992.

WIREWAYS, INC. v. MITEK INDUSTRIES

No. 115PA92

Case below: 105 N.C.App. 445

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 May 1992 only as to Rule 41(a) issue.